IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11327
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES ROBERT BOUGADIS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-133-1-G
- - - - - - - - - -
August 18, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for James Robert Bougadis has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief, Bougadis' response, and the record, and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. <u>See</u> 5th Cir. R. 42.2. Bougadis' motion for appointment of counsel is DENIED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.